Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Advanced Steel Recovery, LLC   v.   X-Body Equipment & Jewell Attachments, LLC

No. 14-1829, 15-1267

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    X-Body Equipment and Jewell Attachments
                                      Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [✓] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Robert M. Harkins
Law firm: Locke Lord, LLP
Address: 44 Montgomery Street, Suite 4100
City, State and ZIP: San Francisco, CA 94104
Telephone: (415) 318-8800
Fax #: (415) 676-5816
E-mail address: robert.harkins@lockelord.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 2003

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

2/12/2015
Date

Signature of pro se or counsel

cc: _____

123

**CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing on counsel of record on February 13, 2015, by CM/ECF.

Dated: February 13, 2015         <u>*/s/ Robert M. Harkins*</u>

                                                           Robert M. Harkins
                                                           Locke Lord LLP
                                                           44 Montgomery St, Ste. 4100
                                                           San Francisco, CA  94104
                                                           (415) 318-8800
                                                           robert.harkins@lockelord.com

                                                           *Attorneys for Defendants-Appellees/Cross-Appellants X-Body Equipment, Inc. and Jewell Attachments, LLC*